UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| ANGELICA PERALTA CALDERON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:25-cv-00254-TWP-KMB |
| | ) |
| SAM OLSON, | ) |
| KRISTI NOEM, | ) |
| PAMELA BONDI, | ) |
| SCOTT MAPLES JR., | ) |
| | ) |
| Defendants. | ) |

### Order Directing Clerk to Issue Amended Final Judgment

The Court granted Petitioner's petition for a writ of habeas corpus on January 14, 2026, and issued final judgment that same day. (Dkts. 13, 14). The final judgment, however, did not specify the relief that was awarded. *See Johnson v. Acevedo*, 572 F.3d 398, 400 (7th Cir. 2009). Accordingly, **the clerk is directed** to issue an amended final judgment consistent with the Court's order granting the petition.

**So Ordered.**

Date: 1/22/2026

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel