UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

**Acknowledged**
TWP
January 23, 2026

| | |
|---|---|
| ANGELICA PERALTA CALDERON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Cause No. 4:25-cv-00254-TWP-KMB |
| | ) |
| SCOTT MAPLES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE

In response to the Court's Order dated January 14, 2026 (Dkt. 13), the Federal Defendants respectfully notify the Court that on January 21, 2026, the Petitioner received an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a).

THOMAS E. WHEELER II
United States Attorney

By:   *s/ Shelese Woods*
Shelese Woods
Assistant United States Attorney
Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204
(317) 226-6333
*Email address:* Shelese.Woods@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on January 22, 2026, a copy of the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

                                          *s/ Shelese Woods*
                                          Shelese Woods
                                          Assistant United States Attorney

Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048
(317) 226-6333